# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TROY K. SCHEFFLER,

       Petitioner,

  v.

CITY OF MENOMONIE,

       Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-607-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

JOEL TURNER

**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____11/18/08_____
Date